UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALYA MICHALE EHRMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>RAPHAEL DORMAN,<br><br>  Defendant. | Case No. 4:16-mc-80231-KAW<br><br>**ORDER GRANTING EX PARTE APPLICATION BY DALYA MICHAL EHRMAN FOR SUBPOENA DUCES TECUM TO BE USED IN FOREIGN PROCEEDINGS**<br><br>Re: Dkt. No. 1 |

The Court having reviewed the ex parte application of Michale Dalya Ehrman for a subpoena duces tecum to Google, Inc. for documents to be used in litigation in Israel and in France; the Court also having reviewed the supporting declaration of Michale Dalya Ehrman; and good cause appearing therefore:

The Application is hereby GRANTED.  The Clerk of Court is hereby instructed to issue the subpoena for documents, which is attached as Exhibit A to the ex parte application. (Subpoena, Dkt. No. 1-1.)

IT IS SO ORDERED.

Dated: November 18, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge